**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **MALIK & SONS, LLC** | * | **CIVIL ACTION NO. 15-6938** |
| | * | |
| | * | **SECTION: "E"(1)** |
| **VERSUS** | * | |
| | * | **JUDGE SUSIE MORGAN** |
| **CIRCLE K STORES, INC.** | * | |
| | * | **MAGISTRATE JUDGE** |
| | * | **JANIS VAN MEERVELD** |
| ************************************ | * | |

## ORDER

This Court referred plaintiff Malik & Sons, LLC's Motion for Remittance of Attorney Fees to the Magistrate Judge. The Court, after considering the applicable law, the Magistrate Judge's Report and Recommendation, and finding that as of this date the parties have filed no objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that the Motion for Remittance of Attorney Fees (Rec. Doc. 147) is DENIED without prejudice to renewal within 14 days after defendant Circle K Stores, Inc.'s appeal has resolved.

New Orleans, Louisiana, this 6th day of June, 2017.

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**